IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| NICHOLAS JAMES RODRIGUEZ, <br> ADC #652217, | * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| v. | * | No. 1:13CV00023-JJV |
| LANCE BONDS, Sheriff, Stone County; *et al.*, | * <br> * <br> * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is hereby DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of September, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE